NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V                          Docket. No. 1:02CR20

Raiford Griffin

On July 14, 2006, the above named defendant was placed on Supervised Release for a period of eight (8) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Raiford Griffin be discharged from Supervised Release.

Respectfully submitted,

_____  
Beverly Stiefvater  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __13TH__ day of __January__, 20__11__.

_____  
Maurice M. Paul  
Senior United States District Judge

Rec'd 01 13 11 USDCFln1AM1136